AO 450 (Rev. 5/85)

# United States District Court
### EASTERN DISTRICT OF NORTH CAROLINA
#### WESTERN DIVISION

| | |
|---|---|
| NANCY P. TURNER,<br>　　Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:05-CV-419-D** |

Decision by the Court:

**IT IS ORDERED AND ADJUDGED** that based on the applications for a period of disability and disability insurance benefits filed on June 24, 2002 and protectively filed on June 16, 2005, the claimant has been disabled under sections 216(i) and 223(d) of the Social Security Act beginning on January 24, 2006.

THE ABOVE JUDGMENT WAS ENTERED TODAY, **AUGUST 26, 2010** WITH A COPY TO:

Susan M. O'Malley  (via CM/ECF Notice of Electronic Filing)
Eileen A. Farmer (via CM/ECF Notice of Electronic Filing)


August 26, 2010　　　　　　　　　　　　　　DENNIS P. IAVARONE, Clerk
Date　　　　　　　　　　　　　　　　　　　　Eastern District of North Carolina

　　　　　　　　　　　　　　　　　　　　　　/s/ Debby Sawyer
　　　　　　　　　　　　　　　　　　　　　　(By) Deputy Clerk

Raleigh, North Carolina

Page 1 of 1
Case 5:05-cv-00419-D   Document 12   Filed 08/26/10   Page 1 of 1